To: Clerk of Court Phil Lombardi
United States District Court
For the Western District of Oklahoma

FILED
APR 22 2016
Phil Lombardi, Clerk
U.S. DISTRICT COURT

From: Orlando Keane Jordan #09686-062
F.C.I Memphis
P.O. Box 34550
Memphis TN 38184-0550

RE: 18 U.S.C. SEC § 3582(c) Relief.
Case # 4:12-cr-00199CVE

Dear Clerk of Court,

If I may, please let this letter serve as my Motion To Determine. What I'm requesting from this Honorable Court is, (and I ask this humbly), to clarify whether I qualify for a sentence modification under 782 amendment, 750 amendment, or any other relief available to me. In April of 2013, I was charged with Conspiracy to Possess with Intent to Distribute more than 1000 kilograms of marijuana. I plead guilty in October 2013. My statue is 28 USC 846, 841(A)(1) and 841(b)(1)(A)(vii). Any and all assistance appreciated. I was guided this way by the State Pardon Attorney in D.C. Please, feel free to offer any helpful advice or direction.

Sincerely
Orlando K Jordan

⇔09686-062⇔
Orlando K Jordan
PO BOX 34550
Bartlett, TN 38184-0550
United States

12-CR-199-CVE

MEMPHIS TN 380
19 APR 2016 PM 4 L

Post marked
4/19/16 JV

⇔35418-083⇔
Clerk Office
Rm 411
333 W 4TH ST
Tulsa, OK 74103
United States

RECEIVED
APR 2 2 2016
Phil Lombardi, Clerk
U.S. DISTRICT COURT

7410338B199